

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 15 A 10: 21

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF * | CIVIL ACTION |
| WHITE TAIL RENTALS, INC., AS OWNER * | |
| AND CHET MORRISON CONTRACTORS, * | NUMBER: 03-2057 |
| INC. AS OPERATOR OF THE BARGE CM-5 * | |
| FOR EXONERATION FROM OR * | SECTION: "B" (4) |
| LIMITATION OF LIABILITY * | |
| * | JUDGE IVAN L.R. LEMELLE |
| ****************************************** | MAGISTRATE ROBY |

## ORDER

Considering the motion of Darryl Ratcliff, plaintiff, to dismiss, with prejudice, his claims in this matter, including the limitation and third-party claim all with prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Darryl Ratcliff be and they are hereby dismissed, with prejudice, all parties to bear its respective costs of court.

NEW ORLEANS, LOUISIANA, this _14th_ day of _March_, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____